IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA, | 1:06-CV-00831-OWW-WMW-HC |
|     Petitioner, | ORDER FOR PETITIONER TO SUBMIT 2254 PETITION |
|   vs. | ORDER FOR CLERK TO SEND FORM TO PETITIONER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

A review of petitioner's file shows that he has not actually filed a petition in this action. Petitioner's case was opened on June 26, 2006, when he submitted a document entitled Notice of Appeal in which he indicated his *intention* to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Should petitioner wish to pursue this action, he must file a petition on the proper form. Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to petitioner the form for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and

    2. Within thirty days of the date of service of this order, petitioner shall submit a completed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    July 31, 2006**         /s/  William M. Wunderlich
bl0dc4                                           UNITED STATES MAGISTRATE JUDGE